IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MULEY, | No. C 10-3959 SI |
| Plaintiff, | **ORDER REGARDING FORECLOSURE SALE OF PLAINTIFF'S HOME** |
| v. | |
| BANK OF AMERICA CORPORATION, *et al.*, | |
| Defendants. | |

Plaintiff's motion for a preliminary injunction is set for a hearing on October 25, 2010. Plaintiff seeks to enjoin the November 1, 2010 foreclosure sale of her home located at 7620 Ashford Way, Dublin, California 94568.

The Court is aware that Bank of America recently announced a nationwide moratorium on foreclosures. The Court directs defendants to file a statement by **2:00 pm** on **October 14, 2010,** regarding whether, in light of this announcement, the foreclosure sale of plaintiff's home is currently scheduled to proceed on November 1, 2010, or any other date.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_____
SUSAN ILLSTON
United States District Judge