IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MULEY,<br><br>            Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>            Defendants.<br>_____/ | No. C 10-3959 SI<br><br>**ORDER RESCHEDULING ALL PENDING MOTIONS TO JANUARY 21, 2011 AND REFERRING PARTIES TO ALTERNATE DISPUTE RESOLUTION PROGRAM** |

Defendants' October 14, 2010 filing states that the foreclosure sale on plaintiff's property has been continued to January 25, 2011. Defendants' motion to dismiss the complaint is scheduled for a hearing on January 21, 2011. Defendants request a continuance of the other motions currently scheduled for October 25, 2010 to January 21, 2011. The Court GRANTS that request and the Court will hear all pending motions on January 21, 2011 at 9:00 am.

**The Court also finds it appropriate to refer the parties to the Court's Alternative Dispute Resolution Program. The ADR Department shall contact the parties and arrange a conference to determine the appropriate ADR procedure. The Court directs that if possible, the parties should engage in ADR prior to the January 21, 2011 hearing**.

**IT IS SO ORDERED.**

Dated: October 15, 2010

_____
SUSAN ILLSTON
United States District Judge