| | |
|---|---|
| 1 | Theresa N. Muley |
| 2 | 7620 Ashford Way |
|   | Dublin, CA 94568 |
| 3 | (925) 833-8500 Phone |
| 4 | In Pro Se |
| 5 | BRYAN CAVE LLP |
| 6 | Stuart Price, California Bar No. 125918 |
|   | Deborah Goldfarb, California Bar No. 241942 |
| 7 | 2 Embarcadero Center, Suite 1410 |
|   | San Francisco, CA 94111 |
| 8 | Telephone     (415) 575-3400 |
|   | Facsimile     (415) 675-3434 |
| 9 | Email         deborah.goldfarb@bryancave.com |
| 10 | Attorney for Defendants BANK OF AMERICA CORPORATION, BAC HOME LOANS |
| 11 | SERVICING, LLP, RECONTRUST COMPANY, N.A., and FANNIE MAE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | THERESA N. MULEY, | Case No. C 10-03959 SI |
| 18 | Plaintiff, | **STIPULATION TO CONTINUE HEARING DATES AND MEDIATION COMPLETION DEADLINE AND [PROPOSED] ORDER** |
| 19 | vs. | |
| 20 | BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., FANNIE MAE, All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Real Property Described in the Complaint, commonly known as 7620 Ashford Way, Dublin, California 94568, APN 941-0184-049, Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1-20, inclusive, | The case management conference has been continued to 2/25/10 @ 2:30 p.m. |
| 26 | Defendants. | |

28   To permit the parties sufficient time to mediate the dispute at issue, the parties hereto

STIPULATION AND ORDER                                                                                   1

1  stipulate to continue the hearing date on the motion for remand, motion for preliminary
2  injunction and motion to dismiss, as well as the deadline to complete mediation from January 21,
3  2011 until February 18, 2011.  This stipulation is based upon the defendants' representation that
4  the foreclosure sale will be postponed to February 24, 2011.  The parties further stipulate that
5  this postponement will not result prejudice any party to this action.

Dated: 12/13/10                            /s/ *Theresa N. Muley*
                                           Theresa N. Muley
                                           In pro se

Dated: 12/13/10                            /s/ *Deborah Goldfarb*
                                           Deborah Goldfarb
                                           Attorney for defendants

**PROPOSED ORDER**

To permit the parties sufficient time to mediate the dispute at issue, the parties hereto stipulate to continue the hearing date on the motion for remand, motion for preliminary injunction and motion to dismiss, as well as the deadline to complete mediation from January 21, 2011 until February 18, 2011.  This stipulation is based upon the defendants' representation that the foreclosure sale will be postponed to February 25, 2011.  This postponement will not result in any prejudice to any party.

Dated: _____                    _____
                                           Judge Susan Illston

STIPULATION AND ORDER                                                         2