| | |
|---|---|
| 1 | Theresa N. Muley |
| 2 | 7620 Ashford Way |
|   | Dublin, CA 94568 |
| 3 | (925) 833-8500 Phone |
| 4 | In Pro Se |
| 5 | BRYAN CAVE LLP |
| 6 | Deborah Goldfarb, California Bar No. 241942 |
|   | 2 Embarcadero Center, Suite 1410 |
| 7 | San Francisco, CA 94111 |
|   | Telephone    (415) 575-3400 |
| 8 | Facsimile    (415) 675-3434 |
|   | Email         deborah.goldfarb@bryancave.com |
| 9 | Attorney for Defendants BANK OF AMERICA |
| 10| CORPORATION, BAC HOME LOANS |
|   | SERVICING, LLP, RECONTRUST COMPANY, |
| 11| N.A., and FANNIE MAE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA N. MULEY, | Case No. C 10-03959 SI |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATES AND MEDIATION COMPLETION DEADLINE AND ORDER THEREON** |
| vs. | |
| BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., FANNIE MAE, All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Real Property Described in the Complaint, commonly known as 7620 Ashford Way, Dublin, California 94568, APN 941-0184-049, Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1-20, inclusive, | |
| Defendants. | |

The parties hereto stipulate to continue the hearing date on the motion for remand, motion for preliminary injunction and motion to dismiss, as well as the deadline to complete

STIPULATION AND ORDER                                                                                              1

1 mediation, currently scheduled for February 25, 2011, to March 11, 2011, based upon the
2 defendants' representation that the foreclosure sale will be postponed to March 14, 2011.  This
3 continuance is necessary to permit the parties sufficient time to mediate the dispute on March 3,
4 2011.  The parties further stipulate that this postponement will not result in any prejudice to any
5 party to this action.

6     I hereby attest that I have on file the permission of all necessary filers for any signatures
7 indicated by a "conformed" signature (/S/) within this efiled document.

    Dated: February 22, 2011          /S/ Theresa N. Muley_____
                                                                      Theresa N. Muley
                                                                       In pro se

    Dated: February 22, 2011          /S/ Deborah Goldfarb_____
                                                                       Deborah Goldfarb
                                                                       Attorney for defendants

### **PROPOSED ORDER**

    Pursuant to the stipulation above, the hearing date on the motion for remand, motion for preliminary injunction and motion to dismiss, as well as the deadline to complete mediation, currently scheduled for February 25, 2011, is continued to March 11, 2011, based upon the defendants' representation that the foreclosure sale will be postponed to March 14, 2011, to permit the parties sufficient time to mediate the dispute.  This postponement will not result in any prejudice to any party.

    Dated: ___2/22/11_____                                  _____
                                                                          Judge Susan Illston

The case management conference is continued to
3/14/11 @ 2:30 p.m.

STIPULATION AND ORDER    2