1  Theresa N. Muley
   7620 Ashford Way
2  Dublin, CA 94568
   (925) 833-8500 Phone
3
   In Pro Se
4

5  **BRYAN CAVE LLP**
   Deborah Goldfarb, California Bar No. 241942
6  Two Embarcadero Center, Suite 1410
   Telephone:    (415) 675-3400
7  Facsimile:    (415) 675-3434
   Email:        deborah.goldfarb@bryancave.com
8

9  Attorneys for Defendants
   BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LLP,
10 RECONTRUST COMPANY, N.A., and FANNIE MAE

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15  THERESA N. MULEY,                        Case No. C 10-03959 SI

16           Plaintiff,                      **JOINT STIPULATION AND [PROPOSED]
                                             ORDER TO REMAND THIS ACTION TO
17      vs.                                  ALAMEDA COUNTY SUPERIOR COURT**

18  BANK OF AMERICA CORPORATION,
    BAC HOME LOANS SERVICING, LP,
    RECONTRUST COMPANY, N.A., FANNIE
19  MAE, All Persons Unknown, Claiming Any
    Legal or Equitable Right, Title, Estate, Lien, or
20  Interest in the Real Property Described in the
    Complaint, commonly known as 7620 Ashford
21  Way, Dublin, California 94568, APN 941-0184-
    049, Adverse to Plaintiff's Title, or Any Cloud
22  On Plaintiff's Title Thereto and DOES 1-20,
    inclusive,
23
             Defendants.
24

25

26

27

28

## STIPULATION

Plaintiff THERESA N. MULEY ("Plaintiff"), in Pro Se, and Defendants BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LLP, RECONTRUST COMPANY, N.A., and FANNIE MAE (collectively "Defendants"), by and through their attorneys, hereby stipulate that this action is remanded to the Superior Court for the County of Alameda. Defendants state that the sale of the property at issue has been continued until April 15, 2011.

**IT IS SO STIPULATED.**

Dated: March 8, 2011        **BRYAN CAVE LLP**
                            Deborah A. Goldfarb

                            By:  /s/ Deborah A. Goldfarb
                                Deborah A. Goldfarb
                                Attorney for Defendants
                                BANK OF AMERICA CORPORATION, BAC
                                HOME LOANS SERVICING, LLP, RECONTRUST
                                COMPANY, N.A., and FANNIE MAE

Dated: March 8, 2011        Theresa N. Muley

                            By:  /s/ Theresa N. Muley
                                Theresa N. Muley
                                In Pro Se

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation of Plaintiff THERESA N. MULEY ("Plaintiff") and Defendants BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LLP, RECONTRUST COMPANY, N.A., and FANNIE MAE (collectively "Defendants") and good cause appearing, IT IS ORDERED THAT:

This Action is hereby remanded to the Superior Court for the County of Alameda.

Dated: 3/8/11

United States District Judge Susan Ilston